KATHERINE F. WENGER /CA SB # 223045
BROWN, GEE & WENGER LLP
200 PRINGLE AVENUE, SUITE 400
WALNUT CREEK, CA 94596
Telephone: (925) 943-5000
Facsimile: (925) 933-2100
kwenger@bgwcounsel.com

Attorney for Behavior Analysts, Inc.
a California Corporation

FILED
APR - 8 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Paid.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHAVIOR ANALYSTS, INC., a California corporation,<br><br>Plaintiff, | MISCELLANEOUS CASE NO.<br>~~CV~~ 16-80078 ~~MISC.~~ EDL<br><br>**APPLICATION AND DECLARATION OF KATHERINE F. WENGER IN SUPPORT OF SUBPOENA FOR IDENTITY OF INFRINGER UNDER 17 U.S.C.A. § 512** |

C

I, KATHERINE F. WENGER, declare:

1. I am an attorney at law duly licensed to practice before all the courts in the State of California as well as the Northern District of California, and am a partner in the law firm of Brown, Gee & Wenger, the attorneys for Behavior Analysts, Inc. ("BAI"). I have personal knowledge of the facts contained herein and if called as a witness would and could so testify.

2. BAI owns the copyright for what is commonly referred to as the ABLLS-R Protocol. A true and correct copy of the copyright registration certificate of that work is attached hereto as **Exhibit A**.

3. At the beginning of March, BAI learned that, without its permission and/or consent, a copy of the ABLLS-R Protocol was being offered for download at http://dlane.org (a website hosted by New Dream Network LLC) – a posting that constitutes an infringement of BAI's copyright in the ABLLS-R Protocol.

4. On March 22, 2016, pursuant to 17 U.S.C. § 512(c), BAI sent formal notice to

New Dream Network of this copyright infringement and requested that New Dream Network take down/disable the offending material. BAI followed New Dream Network's posted procedures for doing so. Attached hereto as **Exhibit B** is a true and correct copy of New Dream Network instructions for submitting notice pursuant to 17 U.S.C. § 512(c). In addition, attached hereto as **Exhibit C** is a true and correct copy of the DMCA notice that BAI sent to New Dream Network on March 22, 2016. BAI has not received any response to that notice, and as of today's date the offending material has not been taken down from the website hosted by New Dream Network.

5. BAI has undertaken diligent efforts to obtain the name, address and/or other identifying information about the individual who created and owns the website at issue and/or posted the material at issue, but to this date has not been a been able to locate any such information.

6. The purpose of this subpoena is to obtain the identity of an infringer/individual posting the infringing material and this information will only be used for the purpose of protecting Behavior Analysts, Inc.'s rights under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 5, 2016, at Walnut Creek, California.

KATHERINE F. WENGER

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-581-146

**Effective date of registration:**
August 7, 2012

## Title

**Title of Work:** The Assessment of Basic Language and Learning Skills, ABLLS-R Protocol

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 30, 2010 **Nation of 1st Publication:** United States

## Author

**Author:** Behavior Analysts, Inc.

**Author Created:** text, editing

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Behavior Analysts, Inc.

P.O. Box 23695, Pleasant Hill, CA, CA, 94523-0695, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX0005773120 2003
/ 2003-07-01
TX0004029936 1995
/ 1995-04-17

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** Brown Church & Gee LLP

**Name:** Katherine Wenger

**Email:** kwenger@bcglegal.com **Telephone:** 925-291-4455

**Address:** 100 Pringle
Suite 310
Walnut Creek, CA 94596 United States

**Registration #:** TX0007581146

**Service Request #:** 1-805742671

0000TX00075811460202

Brown Church & Gee LLP
Katherine Wenger
100 Pringle Avenue
Suite 310
Walnut Creek, CA 94596 United States

DREAMHOST WEB HOSTING ABUSE CENTER

Spam & UBE
Copyright Infringement
Trademark Infringement
Cracking, Intrusion & DOS
Fraud, Phishing & 419 Scams
Libel & Defamation
Child Pornography

# Copyright Infringement

Copyright is a legal construct that protects the "right to copy" creative works. Usually the materials protected come in the form of pictures, music, literary works, video, etc. though technically any creative expression - even something as simple as a shopping list can be protected under copyright law.

Most industrialized nations have some form of legal protection for copyright holders, instituting often hefty civil and even criminal penalties against those who engage in the violation of copyrights. At DreamHost, we too have our own policies that prohibit the unauthorized/unlawful use of copyrighted materials.

**Note:** This page is mostly of help to current DreamHost customers. If you believe that a DreamHost customer has infringed upon your copyright, feel free to skip here.

- Our rules
  - Distribution
  - Acquisition
  - Storage
- Complaints & The DMCA Process
  - DMCA Notification
  - DMCA Takedown Process
  - DMCA Counter-Notification
  - DMCA Abuse & Misuse
- Termination
- Common questions & misunderstandings
  - "It didn't have a copyright symbol."
  - "I found it on the Internet."
  - "I'm not making money off of it."
  - "Nobody has complained, or is likely to."
  - "This is just unlicensed/fansubbed anime."
  - "I didn't upload this - one of my site's visitors did."
- Reporting copyright infringement to DreamHost
  - "If I'm in a picture or video, do I automatically own the copyright to it?"
  - "I'm not the copyright holder, but still want to report infringement."
  - "Do I really need an attorney? Lawyers are expensive!"
  - "Okay, so where do I send the DMCA Notification?"

---

## Our rules

We do not allow our customers to engage in or knowingly facilitate the unauthorized distribution or acquisition of copyrighted material in conjunction with our services. Unless you have obtained explicit permission from the copyright holder to do so - or *are* the copyright holder yourself - any of the following are prohibited:

- Downloading or distributing commercial DVD rips, TV shows, etc.
- Storing "back-up" copies of illegally obtained DVD rips, TV shows, etc.
- Distributing pictures/photos/videos belonging to someone else.
- Distributing songs and music files.

Note that we also prohibit the facilitation of copyright infringement. This means that linking to pirated files (even those located on non-DreamHost servers), operating BitTorrent trackers that primarily feature illegal material, the operation of 'warez' forums, etc. are prohibited.

Obviously, there is some subjectivity to these matters, and it is very easy to accidentally facilitate copyright infringement even if this is not intended. For that reason, we do take a reasonable approach when deciding what constitutes contributory copyright infringement. For example, embedding one or two YouTube videos on your site is a *very* different matter than running a site whose main purpose is to index and link to downloads of commercial Hollywood movies.

TERM: DISTRIBUTION
For the purposes of our policies, 'distribution' entails either distributing material directly from your account (ie. sharing files from your web space or via FTP) or embedding material located on non-DreamHost servers so that it displays within your server. It also includes willfully facilitating copyright infringement by linking to known infringing works, as described above.

TERM: ACQUISITION
For the purposes of our policies, 'acquisition' entails using your DreamHost account to illegally obtain copyrighted material. This usually involves the use of BitTorrent, the 'wget' tool, FTP, etc.

TERM: STORAGE
For the purposes of our policies, 'storage' involves the storage of copyrighted material that was obtained unlawfully. So, if you use BitTorrent or some other tool from your own computer to illegally obtain a DVD rip and then store a copy under your DreamHost account (even if it's not being re-distributed), such activity would be prohibited.

## Complaints & The DMCA Process

While it is not feasible for us to actively review the copyright status of every file we host, if we do run into an obvious infringement we will contact you and ask that you remove the infringing material and refrain from future copyright violations. Especially egregious infringement will usually result in immediately disablement without refund per our Terms of Service.

Some cases aren't quite as clear-cut, though, and the only time we find out about the possible infringement is when we are contacted by a 3rd party. In such cases, we require that the copyright holder - or someone acting in an official capacity on their behalf - submit a formal DMCA (Digital Millennium Copyright Act) Notification to us. This process is described in DMCA Title II, also known as the Online Copyright Infringement Liability Limitation Act.

In a nutshell, the process works like this:

The copyright holder submits a formal DMCA Notification of infringement, directing us to the allegedly infringing material. If the Notification meets all the requirements required by law, we will expeditiously remove (or require our customer to remove) that material. As the owner of the site, you may opt to file a formal DMCA Counter-Notification in order to contest the initial complaint. If we do not receive word from the complaining party within 10 business days that they have filed suit against you, we will then re-instate the content.

TERM: DMCA NOTIFICATION
A legal document filed under penalty of laws against perjury stating that the filing party is or represents the copyright holder, that they have a good faith belief that infringement is taking place, and identifying the infringing content. Again, this is a legal document with *very* specific requirements, so we recommend the help of an attorney in its drafting.

Note that it is extremely important to provide DreamHost with a full list of all infringing material when filing a DMCA Notification. If the list is ambiguous or overly broad, we may be unable to accept the DMCA Notification. A full list of specific URLs is preferred.

TERM: DMCA TAKEDOWN
This is the process wherein DreamHost personnel ensure that the content specified in the complaining party's Notification is taken offline. Usually, we remove such material ourselves, though in some cases we may require the assistance of our customer to do so.

TERM: DMCA COUNTER-NOTIFICATION
A legal document filed under penalty of laws against perjury wherein the

owner of the DreamHost-hosted site claims that they believe that the removal of the material should not have occurred (ie. it falls under Fair Use). Again, this is a legal document with *very* specific requirements, so we recommend the help of an attorney in its drafting.

TERM: DMCA REINSTATEMENT
This is the process wherein DreamHost personnel reinstate the content removed during the DMCA Takedown process. This occurs no sooner than 10 days after the initial Takedown. In some cases, the account owner's help may be needed to complete the reinstatement.

Note that this is a very basic generalization of the DMCA process, and the specifics of the law are beyond the scope of this document. With such matters, we *highly* recommend that you seek representation from a qualified intellectual property attorney. Please understand that as a neutral party, DreamHost is unable to provide legal advice.

### DMCA Abuse & Misuse

From time to time, someone will attempt to blatantly misuse the DMCA process in order to remove content from someone else's site. Usually when this occurs, it is done censor content they find offensive or that is critical of them. Other times, it's simply a matter of a DMCA Notification being overly broad or ambiguous.

In any case, we will not accept a clearly invalid or overly broad or ambiguous DMCA Notification. The DMCA is not a tool with which to bully or censor our customers, and those who abuse the process open themselves up to significant legal liability.

## Termination

DreamHost reserves the right to terminate any account found to be engaging in copyright infringement at any time, with or without prior notice. Multiple legally uncontested DMCA Notifications are typically considered evidence of infringement, and are usually grounds for termination as well.

## Common questions & misunderstandings

There are a number of frequently asked questions we receive about our polices as they apply to copyright, some of which reflect common misunderstandings both about copyright law and our policies in particular. They are as follows:

### "It didn't have a copyright symbol."

While the copyright symbol ("©") is often placed on copyrighted works, it is *not* required. All creative works are covered by copyright protection upon creation.

### "I found it on the Internet."

Simply finding content on the Internet alone does not give you permission to redistribute it yourself. It's quite possible that someone else is infringing upon the copyright holder's rights as well, but that does not provide you with the legal right to do so as well. You should obtain permission to redistribute content prior to doing so.

Note that some content has been placed in the public domain, though that is very rare. More common is content published under a very permissive license, such as Creative Commons. These are fine to redistribute, as long as you follow the requirements contained within the license.

### "I'm not making money off of it."

While the penalties for infringement with intent to profit can be significantly higher, you can still be found liable for infringement even if you do not profit from it.

### "Nobody has complained, or is likely to."

You must still ensure that your usage is allowed, and this means obtaining permission from the copyright holder first. Whether or not they are likely to complaint, you should assume that they do not allow redistribution unless they actually say they do. In other words, the obligation is on *you* to find out if it's okay, not the copyright holder to search for infringements.

### "This is just unlicensed/fansubbed anime."

A common misconception is that copyright law does not apply to creative works originating from foreign countries, such as Japanese anime or manga. This is not true - as both Japan and the USA are signatories of the Berne Convention for the Protection of Literary and Artistic Works (along with 160 or so other countries), copyrights are recognized - and protected - even across international borders. This means that anime (including "fansubbed" anime), manga, etc. are subject to the very same protections under copyright law that other works enjoy.

For this reason, all of the usual copyright policies still apply.

### "I didn't upload this - one of my site's visitors did."

You are, ultimately, responsible for any content associated with your account. We will take into consideration the fact that it's not always possible to prevent 3rd parties from uploading such material (particularly in message forums, wikis, etc), though it is expected that the operators of such sites will create and enforce policies to act quickly when such matters are reported, prevent ongoing abuse, etc.

## Reporting copyright infringement to DreamHost

If you believe that your copyright is being infringed upon by a DreamHost customer, we must ask that you submit a formal DMCA Notification to us with a complete list of all allegedly infringing materials (direct URLs, please). A qualified intellectual property attorney can help you with the drafting of such a document.

Before sending this to us, though, please read the following very carefully:

### "If I'm in a picture or video, do I automatically own the copyright to it?"

Legally, the person who holds the copyright to a given image, video or other creative work is the person who actually *created* it. For example, a photographer or videographer. Simply being in an image or video does not automatically give you control over the image or its distribution - even if your visage plays a prominent role in the work in question.




So - please be *absolutely certain* that you're okay with this *before* putting yourself in a position of being filmed or photographed, as you may find out the hard way that you can't control your own image.

### "I'm not the copyright holder, but still want to report infringement."

If you see any obvious/blatant infringement going on, please let us know and we'll take a look. However, in all but the most blatant of cases (even in some cases that may seem like obvious infringement to you) we will still need to receive a DMCA Notification directly from the copyright holder or their official representative before we remove any content. If that's not you, the best thing to do is contact the copyright holder yourself and link them to this page so that they know how to get ahold of us directly.

### "Do I really need an attorney? Lawyers are expensive!"

Indeed they are. After all, those yachts don't very well buy *themselves*, do they?

*Technically*, you don't need an attorney to write a DMCA Notification, though we *highly* recommend one. Sure, there is some up-front cost but if you don't know what you're doing you can find yourself in serious legal hot water. As for cost: While filing a fully compliant DMCA Notification is complicated for most people, any decent intellectual property attorney can practically do it in their sleep, so it won't take long or cost much, as these things go, and is still a lot cheaper than being sued.

In any case, we will look over your DMCA Notification to make sure it meets all of the necessary legal requirements. If it doesn't, we will be unable take further action.

### "Okay, so where do I send the DMCA Notification?"

If you've read the above and still feel that your copyright is being abused, you may send your DMCA Notification to the following email address:

abuse(at)dreamhost(dot)com

Please include it within the text of the message - not as an attachment.

Terms of Service | Anti-Spam Policy | Privacy Policy | Whois

© 1996-2007 DreamHost
DreamHost is a registered trademark of New Dream Network, LLC

Menu

# Reporting Abuse

For complaints regarding abuse of our hosting services or your DreamHost account that are related to our Terms, please send an e-mail to abuse@dreamhost.com.

Be as detailed as possible when explaining the problem!

Proudly hosting over 1,500,000 dreams since 1997.

Get Started

Services

Company

Support

Terms of Service Privacy Policy Whois

Dreamed up with in Los Angeles.

**Katherine Wenger**

**From:** Katherine Wenger
**Sent:** Tuesday, March 22, 2016 3:11 PM
**To:** 'abuse@dreamhost.com'
**Cc:** Donna Meadors
**Subject:** DMCA Copyright Notification (ABLLS-R Protocol)
**Attachments:** New Dream and Dlane.org 03 14 16.PDF; Ex. A (Certificate of Copyright Registration).pdf

Re: Copyright Claim, ABLLS-R Protocol

I am the attorney for, and am authorized to act on behalf of Behavior Analysts, Inc. ("BAI"), the owner of the copyright in the Assessment of Basic Language and Learning Skills (ABLLS-R Protocol) (the "Protocol"). Attached please find the copyright certificate reflecting BAI's ownership of the copyright for this work.

A copy of the Protocol is currently available for download at one of the websites which you host - http://dlane.org/downloads/ABLLS-R-Protocol.pdf

BAI has never authorized such use and/or publication of the Protocol in this manner.

As an initial matter, attached please find the correspondence that was mailed to you last week.

In addition, please consider this further formal DMCA notification that the Protocol that is available for download on http://dlane.org/downloads/ABLLS-R-Protocol.pdf is infringing upon BAI's copyright.

In particular, this letter is official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA") to effect removal of the above-reported infringement. BAI requests that you immediately remove the specified posting and prevent the infringer, who is identified by its web address, from posting infringing material to your servers in the future. Please be advised that the law requires you, as a service provider, to "expeditiously remove or disable access to" the infringing material upon receiving this notice. Noncompliance may result in a loss of immunity for liability under the DMCA.

This claim is made in good faith and I have a good faith belief that the use of the copyrighted materials described above is infringing is not authorized by BAI, BAI's agent or the law.

I swear, under the penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owner of an exclusive right that is infringed (BAI).

If you have any questions, my contact information is below.

Regards,

**Katherine Wenger**, counsel for Behavior Analysts, Inc.

Brown Gee & Wenger LLP

Two Walnut Creek Center
East Bay. 200 Pringle Ave., Suite 400, Walnut Creek CA 94596
Main: (925) 943-5000
Direct: (925) 291-4455
Cell: (925) 300 6970
Fax: (925) 933-2100
kwenger@bgwcounsel.com

Brown Gee & Wenger LLP

KATHERINE WENGER
KWENGER@BGWCOUNSEL.COM

March 14, 2016

New Dream Network, LLC
707 Wilshire Blvd. Suite 5050
Los Angeles, CA 90017-3607

A Happy DreamHost Customer
417 Associated Road #324
C/O dlane.org
Brea, CA 92821
Dlane.org@proxy.Dreamhost.com

Gentlemen:

I represent Behavior Analysts, Inc. ("BAI") and am writing you regarding your infringement of BAI's copyright in the ABLLS-R Protocol. As is evident from the ABLLS-R itself, BAI is the author of the ABLLS-R and owns the copyright in that work. *See* Ex. A. Last week, BAI came across your website http://dlane.org/downloads/ABLLS-R-Protocol.pdf which makes the ABLLS-R available for downloading and copying without having obtained BAI's permission to do so. Therefore, through this letter BAI demands that you immediately remove this material from your website, provide written confirmation that you have done so, and also provide a list of any and all persons who have downloaded this material (IP address can be provided if that is the only information available). If BAI does not receive the information requested and/or is not able to verify the removal of the material from your website by March 21, 2016, it will be forced to file legal action to obtain the removal of such material and will be entitled to recover all of the attorneys' fees and costs it incurs in doing so.

Should you have any questions, or wish to discuss this matter via phone, I can be reached at 925-291-4455.

Very truly yours,

BROWN, GEE & WENGER

Katherine Wenger

KATHERINE WENGER

KFW/dj

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-581-146

**Effective date of registration:**
August 7, 2012

## Title

**Title of Work:** The Assessment of Basic Language and Learning Skills, ABLLS-R Protocol

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 30, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** Behavior Analysts, Inc.

**Author Created:** text, editing

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Behavior Analysts, Inc.

P.O. Box 23695, Pleasant Hill, CA, CA, 94523-0695, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX0005773120 2003
/ 2003-07-01
TX0004029936 1995
/ 1995-04-17

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** Brown Church & Gee LLP

**Name:** Katherine Wenger

**Email:** kwenger@bcglegal.com **Telephone:** 925-291-4455

**Address:** 100 Pringle
Suite 310
Walnut Creek, CA 94596 United States

**Registration #:** TX0007581146
**Service Request #:** 1-805742671

0000TX000075811460202

Brown Church & Gee LLP
Katherine Wenger
100 Pringle Avenue
Suite 310
Walnut Creek, CA 94596 United States

Brown Gee & Wenger LLP

RECEIVED

APR - 8 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DONNA J. MEADORS
dmeadors@BCGLEGAL.com

April 8, 2016

One Hour Legal Service
1280 Boulevard Way, #205
Walnut Creek, CA 94595

Behavior Analysts
Copyright Infringement

---

Please take the attached Declaration of Katherine Wenger and [proposed] Subpoena to the US District Court, 1301 Clay Street, Oakland, and request that they issue the subpoena for this Miscellaneous Action. Check for $46.00 also attached.

As a bit of background: This will be a copyright infringement action for an internet site. We do not know who "owns" the site so we are subpoenaing the service provider in order to find that information. 17 U.S.C. 512 provides for this process.

Any problems, call me. Thank you.